IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUN SAKSENA, and GORDON SAKSENA,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMER'S GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | 8:25CV406<br><br>ORDER |

This matter is before the Court on Defendant's Motion to Strike pursuant to Fed. R. Civ. P. 12(f). Filing No. 6. Defendant seeks to strike paragraph 45 of Plaintiffs' complaint wherein Plaintiffs allege, "the actions and conduct of Farmer's were willful and wanton so as to entitle Plaintiff to punitive damages." Filing No. 1 at 6. Defendant contends that punitive damages are not allowed under Nebraska law and Plaintiffs' allegation seeking punitive damages is therefore immaterial, impertinent, and scandalous on its face. Filing No. 6 at 2.

As exhibited by Plaintiffs' brief[1] in response, Defendant's motion raises a substantial issue of law and, therefore, must be supported by a separate brief. *See*

---

[1] Based on the Complaint and filings by the parties, the Court is skeptical that the record is sufficiently developed for the Court to reach the merits of the motion. Should Defendant elect to refile the motion, each party should specifically address any conflict-of-law issues encompassed in the current complaint and any supporting facts properly before the Court.

NECivR. 7.1(a)(1)(A). No such brief was filed. For this reason, Defendant's motion is denied without prejudice to reassertion.

Dated this 6th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge